IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| vs. | : CRIMINAL NO. 5:09-CR-2(HL) |
| | : |
| DARRIN McDOWELL | : |
| | : |

## ORDER ON MOTION TO CONTINUE TRIAL

Currently before the Court is the parties' Motion for Continuance of the trial of this case. Through this motion, the Defendant asserts that a continuance is necessary in this case as Defendant's counsel is currently scheduled to try the case of *U.S. v. Sutton, et al.* before this Court during the March, 2009 trial term and it is anticipated that the trial will last approximately one month. The Government joins in the present motion and further asserts that a continuance is necessary in this case to permit adequate time for plea negotiations and discovery. Having considered the matter, this Court finds that the ends of justice served by granting a continuance do, in fact, outweigh the best interests of the public and the defendant to a speedy trial.

It is therefore ORDERED that the foregoing Motion for Continuance be GRANTED and that the trial in this case be scheduled for the Macon Division trial term which is presently scheduled for April 13, 2009. It is further ORDERED that the delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of Title 18, United States Code, Section 3161(h)(1)(D) and (h)(8)(A) in computing the time from indictment to trial under the Speedy Trial Act.

SO ORDERED this 25th day of February, 2009.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

Presented by:

s/VERDA M. COLVIN
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO. 018901