IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| vs. | : CRIMINAL NO. 5:09-CR-2(HL) |
| | : |
| DARRIN McDOWELL | : |
| | : |

### ORDER ON MOTION TO CONTINUE TRIAL

Currently before the Court is the parties' Motion for Continuance of the trial of this case. Through this motion, the parties assert that a continuance is necessary in this case as to permit adequate time for plea negotiations and discovery. Additionally, the parties request that this case be heard in the Macon Division of this Court. Having considered the matter, this Court finds that the ends of justice served by granting a continuance do, in fact, outweigh the best interests of the public and the defendant to a speedy trial.

It is therefore ORDERED that the foregoing Motion for Continuance be GRANTED and that the trial in this case be scheduled for the Macon Division trial term which is presently scheduled for September 28, 2009. It is further ORDERED that the delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of Title 18, United States Code, Section 3161(h)(1)(D) and (h)(8)(A) in computing the time from indictment to trial under the Speedy Trial Act.

SO ORDERED this 16th day of June, 2009.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE